Luke Dowling SBN 16524
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
5241 Spring Mountain Road, Bldg. B
Las Vegas, NV  89146
Tel:      (702)386-5107
Fax:      (702)386-9848
E-mail: ldowling@msh.law

*Attorneys for Defendants*
*Culinary Workers Union Local 226 and Johanna Dalton*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| DASHOD REED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CULINARY WORKERS UNION LOCAL 226, BEA DURAN, AND JOHANNA DALTON,<br><br>Defendants. | Case No. 2:25-cv-02600-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties that Defendants Culinary Workers Union Local 226 and Johanna Dalton (collectively, "Defendants") will have until fourteen (14) days after the Court has ruled on the Report and Recommendations ("R&R") entered on January 15, 2026 to respond to the Complaint.[1]

Defendants were served summonses and a copy of the Complaint on February 25, 2026. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendants must respond to the

---

[1] Defendant Bea Duran is not yet a party to this case as summons have not been issued for her, she has not yet been served, and the R&R recommends dismissal with prejudice all claims brought against her.

CERTIFICATE OF SERVICE                                    CASE NO. 2:25-cv-02600-GMN-EJY

Complaint by March 18, 2026. However, the Court has not yet ruled on the R&R entered on January 15, 2026, or on Plaintiff's Objections to the R&R filed on January 28, 2026. The R&R recommends dismissal of a number of Plaintiff's claims. The parties believe that it would be both reasonable as well as procedurally efficient for Defendants to respond to the Complaint after the Court resolves the issues presented in the R&R and Plaintiff's Objections.

Accordingly, the parties respectfully request that the Court extend the time for Defendants to respond to the Complaint until fourteen (14) days after it has ruled on the R&R.

This is the first extension of time to respond to the Complaint, and it is made in good faith and not for the purpose of delay.  This stipulation is not a waiver of and is submitted without prejudice to Defendants' position on the merits of the Complaint. It should not be construed as a waiver of any claims, arguments, or objections made by either party.

IT IS SO STIPULATED.

Dated: 12th day of March 2026.                    McCRACKEN, STEMERMAN & HOLSBERRY, LLP

_____

Luke Dowling SBN 16524
5241 Spring Mountain Road, Bldg. B
Las Vegas, NV  89146
Tel:     (702)386-5107
Fax:     (702)386-9848
E-mail: ldowling@msh.law

*Attorneys for Defendants*
*Culinary Workers Union Local 226 and Johanna Dalton*

CERTIFICATE OF SERVICE                                    CASE NO. 2:25-cv-02600-GMN-EJY

Dated: 12th day of March 2026.

/s/ Dashod Reed

Dashod Reed
1800 N. Green Valley Pkwy., Apt. 314
Henderson, NV 89074
Tel:    (702)-929-1073
Email: Dashodreed@gmail.com

*Plaintiff Pro Se*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: ___March 13, 2026___

3

CERTIFICATE OF SERVICE                                CASE NO. 2:25-cv-02600-GMN-EJY